# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICHELE LEUTHAUSER,

    Plaintiff,

vs.

UNITED STATES OF AMERICA -AND - UNKNOWN TRANSPORTATION SECURITY ADMINISTRATION OFFICER,

    Defendant.

2:20-CV-479-JCM-VCF

**ORDER**

Before the Court is the Motion to Substitute Parties (ECF No. 22).

The government has identified Anita Serrano as the true name for Defendant Unknown Transportation Security Administration Officer. Plaintiff requests the Court to substitute Ms. Serrano for "John Doe" defendant in this matter.

Under LR7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Here, no opposition has been filed and the time to file an opposition has passed. It would seem as though defendant has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Substitute Parties (ECF No. 22) is GRANTED.

The Clerk is directed to substitute Anita Serrano in place and stead of John Doe as defendant in the caption.

DATED this 28th day of September, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE