**Jonathan Corbett, Esq. (CA Bar No. 325608)**
958 N. Western Ave. #765
Hollywood, CA 90029
Phone: (310) 684-3870
FAX: (310) 675-7080
E-mail: jon@corbettrights.com
*Attorney for Michele Leuthauser*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Michele Leuthauser<br>*Plaintiff*<br><br>v.<br><br>United States of America<br>*- and -*<br>Anita Serrano<br>*Defendants* | Case 20-CV-479 (JCM) (VCF)<br><br>**DECLARATION OF JONATHAN CORBETT** |

I, Jonathan Corbett, declare the following under penalty of perjury:

1.  My name is Jonathan Corbett and I am counsel for Plaintiff in this case.

2.  I received the "Notice of Issuance of Subpoenas" described within this motion to quash from attorneys for defendants via e-mail on January 19th, 2020.

3.  Defendants had never expressed their intent to issue such subpoenas to me before this notice.

4.  I replied to that e-mail the next day stating that we object to the request for "entire employment file[s]" on the basis that such subpoenas are "entirely overbroad."

5.  The e-mail demanded the withdrawal of the subpoenas and continued discussion, and indicated that a motion to quash would be filed absent prompt reply..

6.  I have received no reply to my objection as of today at 12:00 AM PT.

Dated: Las Vegas, NV                          Respectfully submitted,

January 25th, 2021

_____/s/Jonathan Corbett_____

**Jonathan Corbett, Esq.**
(CA Bar #325608)
*Attorney for Michele Leuthauser*
958 N. Western Ave. #765
Hollywood, CA 90029
Phone: (310) 684-3870
FAX: (310) 675-7080
E-mail: jon@corbettrights.com