NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States
and Anita Serrano*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser,<br><br>              Plaintiff,<br><br>      v.<br><br>United States of America; and Unknown Transportation Security Administration Officer,<br><br>              Defendants. | Case No. 2:20-cv-00479-JCM-VCF<br><br>**Unopposed Motion to Extend Deadline to File Motion to Compel (Second Request)** |

Defendant United States of America, through its counsel, respectfully moves to extend the deadline for Plaintiff to file a motion to compel based on the following:

The parties are currently engaged in a discovery dispute related to information that has been identified as sensitive security information (SSI). The Court ordered Plaintiff to file a motion to compel on this discovery issue by January 25, 2021. *See* ECF No. 41.

The United States continues to evaluate the issue but needs additional time to do so. Accordingly, The United States' requests that the Court enter an order extending the deadline for Plaintiff to file a motion to compel to February 5, 2021. Plaintiff does not oppose this motion.

1        WHEREFORE, the United States respectfully requests that this Court extend the

2   deadline to file a motion to compel to February 5, 2021.

3        Respectfully submitted this 25th day of January 2021.

4

5                                          NICHOLAS A. TRUTANICH
                                           United States Attorney

6                                           /s/  Brianna Smith
                                           BRIANNA SMITH
7                                          Assistant United States Attorney

8

9                                          **IT IS SO ORDERED:**

10

11                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
12
                                           DATED: 1-26-2021
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2