NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States*
*and Anita Serrano*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America; and Unknown Transportation Security Administration Officer,<br><br>    Defendants. | Case No. 2:20-cv-00479-JCM-VCF<br><br>**Unopposed Motion to Extend Deadline to File Motion to Compel (Third Request)** |

Defendant United States of America, through its counsel, respectfully moves to extend the deadline for Plaintiff to file a motion to compel based on the following:

The parties are currently engaged in a discovery dispute related to information that has been identified as sensitive security information (SSI). The Court originally ordered Plaintiff to file a motion to compel on this discovery issue by January 25, 2021, ECF No. 41, which has been extended to February 5, 2021, ECF No. 52.

The United States continues to evaluate the important issue but needs additional time because there are additional discovery issues involving SSI and the United States is considering filing a comprehensive motion to address the deposition questions which implicate SSI objections lodged by the TSA, as well a few discovery matters which also

1   involve SSI.  Accordingly, the United States' requests that the Court enter an order

2   extending the deadline for a motion to compel to February 12, 2021. Plaintiff does not

3   oppose this motion to extend the deadline.

4           WHEREFORE, the United States respectfully requests that this Court extend the

5   deadline to file a motion to compel to February 12, 2021.

6           Respectfully submitted this 3rd day of February, 2021.

7

8                                           NICHOLAS A. TRUTANICH
                                            United States Attorney

9                                            _/s/  Brianna Smith_____
10                                          BRIANNA SMITH
                                            Assistant United States Attorney

11

12

13                                          **IT IS SO ORDERED:**

14

15                                          _____

16                                          UNITED STATES MAGISTRATE JUDGE
                                                         2-4-2021
17                                          DATED: _____

18

19

20

21

22

23

24

25

26

27

28