BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States
and Anita Serrano*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser,<br><br>        Plaintiff,<br><br>    v.<br><br>United States of America; and Unknown Transportation Security Administration Officer,<br><br>        Defendants. | Case No. 2:20-cv-00479-JCM-VCF<br><br>**Unopposed Motion to Extend Deadline to File Response to Plaintiff's Motion to Quash (ECF No. 50)**<br>**(First Request)** |

   Defendants United States of America and Anita Serrano, through their counsel, respectfully move to extend the deadline to respond to plaintiffs' motion to quash, ECF No. 50. Defendants seek a short extension of one week, to February 12, 2021, due to preparation for an upcoming trial. Plaintiff does not oppose this motion to extend the deadline.

   Respectfully submitted this 5th day of February, 2021.

                                          /s/ Brianna Smith
                                          BRIANNA SMITH
                                          Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-5-2021