# **INDEX OF EXHIBITS**

A.  USA's Answers to Interrogatories

B.  USA's Responses to Requests for Production

C.  Defendants' Privilege Log

D.  Motion to Seal in the matter of Corbett v. TSA, No. 15-15717-D (11th Cir. 2016)

E.  Order Granting Motion to Seal in the matter of Corbett v. TSA, No. 15-15717-D (11th Cir. 2016)

F.  Deposition Transcript of Anita Serrano

G.  Order regarding sealed documents in the matter of Corbett v. TSA, No. 12-15893 (11th Cir. 2014)