# EXHIBIT C

## Defendants' Privilege Log

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANA SMITH
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States and Anita Serrano*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser, individually, | Case No. 20-cv-479 |
| Plaintiff, | **Defendants' Privilege Log** |
| v. | |
| United States of America; and Unknown Transportation Security Administration Officer, | |
| Defendants. | |

      Pursuant Fed. R. Civ. P. 26(b)(5)(A), Defendants United States of America and Anita Serrano provides the following privilege log as part of its discovery disclosures:

| Document/Record | Privilege |
|---|---|
| WITHHELD:<br>CCTV footage (General Area South 1 0802)<br>Date: 30 June 2019<br>Bates numbered: US000068PRIV | Sensitive Security Information – Confidential |
| WITHHELD:<br>OIG Report of Investigation<br>Bates numbered: US000204-379PRIV | Sensitive Security Information – Confidential[1] |
| REDACTED:<br>Email re: Complaint of Sexual assault C1919770<br>Date: 5 August 2019<br>Bates numbered: US00021-22 | Attorney-Client Privilege / Work-Product |

---

[1] OIG is currently reviewing the report for privilege concerns.

| REDACTED:<br>Email re: Serrano statement and SSI<br>Date: 5 August 2019<br>Bates numbered: US000032-35 | Attorney-Client Privilege / Work-Product |
|---|---|
| REDACTED: Email re: Congressional Inquiry<br>Dates: 27 August 2019<br>Bates numbered: US000023-24 | Attorney-Client Privilege / Work-Product |
| WITHHELD:  TSA SOP<br>Bates numbered: US000069-203PRIV | Sensitive Security Information – Confidential |

Respectfully submitted this 12th day of January 2021.

                              NICHOLAS A. TRUTANICH
                              United States Attorney
                              District of Nevada

                               /s/  Brianna Smith
                              BRIANNA SMITH
                              Assistant United States Attorney

### Certificate of Service

I, Angel Villalpando, Legal Assistant, certify that the following individual was served with Defendants' Privilege Log on this date by the below identified method of service:

***U.S. Mail & Electronic Mail***

Jonathan Corbett, Esq.
958 N. Western Ave., #765
Hollywood, CA 90029
jon@corbettrights.com

Kristina S. Holman, Esq.
3470 E. Russell Road, Ste. 202
Las Vegas, NV 89120
kholman@kristinaholman.com

*Attorney for Plaintiff*

Dated this 12th day of January 2021.

                               /s/  Angel Villalpando
                              Angel Villalpando, Legal Assistant