# EXHIBIT E

# Order Granting Motion to Seal in the matter of Corbett v. TSA, No. 15-15717-D (11th Cir. 2016)

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2016

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 15-15717-SS
Case Style: Jonathan Corbett v. Transportation Security Admini
Agency Docket Number: 49 U.S.C. section 46110

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Brenda H. McConnell
Phone #: (404) 335-6209

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-15717-SS

JONATHAN CORBETT,

Petitioner,

versus

TRANSPORTATION SECURITY ADMINISTRATION,

Respondent.

Petitions for Review of a Decision of the
Transportation Security Administration

ORDER:

I.

Pending before the Court is Respondent's "Motion to Dismiss the Petition for Review for Lack of Standing, or, in the Alternative, for Summary Denial on the Merits."

Respondent's motion to dismiss for lack of standing is CARRIED WITH THE CASE. Petitioner is directed to address the issue of standing in his initial brief.

Respondent's alternative request for summary disposition is DENIED.

II.

Also pending before the Court is Respondent's "Motion for Leave to File Portions of the Administrative Record Under Seal and Portions *Ex Parte* and Under Seal." The motion is GRANTED.

Respondent may file the "copyrighted/proprietary" materials in Volume 2 under seal. Petitioner may not disclose any of the information contained in the documents that are filed under seal in this case. If Petitioner obtains the "copyrighted/proprietary" material or information contained in Volume 2 by any means other than this litigation, nothing in this order shall limit his use of the material and/or information.

Respondent may file the documents designated as "For Official Use Only," which are contained in Volume 3, under seal and *ex parte*.

Respondent may file the documents containing "Sensitive Security Information" *ex parte* and under seal. Respondent is directed to file, and serve Petitioner with, a redacted public-use version of the documents containing "Sensitive Security Information" within thirty (30) days of the date of this order.

Respondent may file the documents containing "classified information" under seal and *ex parte*. We decline, at this time, to require Respondent to file a redacted version of the classified information or an index. Respondent and the Clerk are directed to treat and handle the documents containing classified information consistent with the established procedures related to classified materials.

The Clerk is directed to issue the briefing schedule once Respondent has filed the redacted, public-use version of the documents containing "Sensitive Security Information."

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION