BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov
*Attorneys for the United States and*
*Anita Serrano*

Jonathan Corbett, Esq. (CA Bar No. 325608)
958 N. Western Ave. #765
Hollywood, CA 90029
Phone: (310) 684-3870
FAX: (310) 675-7080
E-mail: jon@corbettrights.com
*Attorney for Michele Leuthauser*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Michele Leuthauser<br>*Plaintiff*<br><br>v.<br><br>United States of America<br>*- and -*<br>Anita Serrano<br>*Defendants* | Case 2:20-CV-479-JCM-VCF<br><br>**STIPULATED PARTIAL WITHDRAWAL OF MOTIONS TO STRIKE** |

    The parties have engaged in substantial motion practice regarding a dispute over which an inadvertently transmitted document retains privilege and the extent to which the inadvertent recipient may use that document in future litigation.  (ECF Nos. 35 – 38, 42, 43, 45, 47).

. . .

. . .

. . .

. . .

The parties still request that the core dispute of these filings – the status of the inadvertently transmitted document – be determined by the Court. However, the parties stipulate to withdraw the remainder of all allegations with respect to unprofessional conduct and violations of rules.

Respectfully submitted this 29th day of January, 2021.

/s/ Jonathan Corbett
Jonathan Corbett (*pro hac vice*)
CA Bar #325608
958 N. Western Ave. #765
Hollywood, CA 90029

Kristina S. Holman (local counsel)
Nevada Bar No. 3742
3470 E. Russell Road, Ste 202
Las Vegas, NV 89120

*Attorneys for Plaintiff*

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Brianna Smith
BRIANNA SMITH
Assistant United States Attorney

*Attorneys for United States of America*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 2-16-2021

- 2 -