1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

MICHELE LEUTHAUSER,

          Plaintiff,

vs.

UNITED STATES OF AMERICA,

          Defendant.

2:20-cv-00479-JCM-VCF

**ORDER EXHONORATING ORDER TO SHOW CAUSE AND VACATING HEARING**

Before the court is Plaintiff's Response to Order to Show Cause (ECF No. 64).  Based on the representations of plaintiff's counsel, I find that his failure to comply this this court's Order ECF No. 41 was the result of excusable neglect.

Accordingly, the Order to Show Cause (ECF No. 63) is SATISFIED, and no further consequences will be imposed.  The hearing set for March 8, 2021, is VACATED.

A separate order will be entered granting the Motion to Extend Time (ECF No. 65), which replaces the previously stricken motion ECF No. 60.

DATED this 19th day of February, 2021.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE