BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; and Unknown Transportation Security Administration Officer,<br><br>　　　　Defendants. | Case No. 2:20-cv-00479-JCM-VCF<br><br>**Unopposed Motion to Extend Deadline to File Response to Plaintiff's Motion to Compel (ECF No. 69) (Second Request)** |

　　Defendants United States of America and Anita Serrano, through their counsel, respectfully move to extend the deadline to respond to plaintiffs' motion to compel, ECF No. 69. Defendants seek a short extension to Wednesday, April 7, 2021, because Defendants are attempting to resolve the issues in the motion before responding and need additional time to do so.

　　Respectfully submitted this 2nd day of April 2021.

　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　 /s/  Brianna Smith
　　　　　　　　　　　　　　　　BRIANNA SMITH
　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  4-2-2021