UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHELE LEUTHAUSER, | Case No. 2:20-CV-479 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

Presently before the court are plaintiff Michele Leuthauser and defendant Anita Serrano's motions for leave to file supplemental authority. (ECF Nos. 68, 74). These supplemental authorities are relevant to the pending motion to dismiss. (ECF No. 31). "A party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause." LR 7-2(g).

Accordingly, with good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motions (ECF Nos. 68, 74) be, and the same hereby are, GRANTED. The clerk shall file the supplemental authorities on the docket.

DATED April 9, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**