CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.smith@usdoj.gov

*Attorneys for the United States
and Anita Serrano*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America; and Unknown Transportation Security Administration Officer,<br><br>    Defendants. | Case No. 2:20-cv-00479-JCM-VCF<br><br>**Unopposed Motion to Continue Hearing [ECF No. 82]**<br>**(First Request)** |

Defendants United States of America and Anita Serrano, through counsel, respectfully move to continue a hearing currently scheduled for May 3, 2021, ECF No. 82, to a date after May 10, 2021 because defendants' counsel will be on leave for a funeral the week of May 3, 2021.  Plaintiff does not oppose this request.

. . .

. . .

. . .

. . .

WHEREFORE, Defendants respectfully request that this Court continue the May 3, 2021, hearing for the seven pending motions identified at ECF No. 82, to a date after May 10, 2021.

Respectfully submitted this 26th day of April 2021.

>	CHRISTOPHER CHIOU
>	Acting United States Attorney
>
>	 /s/  Brianna Smith
>	BRIANNA SMITH
>	Assistant United States Attorney

**IT IS SO ORDERED:**

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 4-26-2021

IT IS HEREBY ORDERED that the hearing scheduled for May 3, 2021 is VACATED and RESCHEDULED to 2:00PM, May 11, 2021.