# NITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MICHELE LEUTHAUSER, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al, <br><br> Defendants. | 2:20-cv-00479-JCM-VCF <br><br> **ORDER** <br><br> EMERGENCY MOTION TO EXTEND TIME [ECF No. 87] |

Before the Court is defendants United States of America and Anita Serrano's emergency motion to extend the dispositive motion and pre-trial order deadlines. (ECF No. 87). The Court shortens briefing on this motion and stays all remaining case deadlines pending further order of the Court.

Accordingly,

IT IS ORDERED that plaintiff's response to the instant motion (ECF No. 87) is due Monday, May 17, 2021.

IT IS FURTHER ORDERED that no reply is necessary.

IT IS FURTHER ORDERED that the dispositive motion and pre-trial order deadlines are STAYED pending further order of the Court.

DATED this 13th day of May 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1