**Jonathan Corbett, Esq. (CA Bar No. 325608)**
958 N. Western Ave. #765
Hollywood, CA 90029
Phone: (310) 684-3870
FAX: (310) 675-7080
E-mail: jon@corbettrights.com
*Attorney for Michele Leuthauser*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser <br> *Plaintiff* <br><br> v. <br><br> United States of America <br> *- and -* <br> Anita Serrano <br> *Defendants* | Case 20-CV-479 (JCM) (VCF) <br><br> **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff Michele Leuthauser hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order granting Defendants' motion for summary judgment filed at ECF No. 98 on March 9th, 2022.

Dated: Las Vegas, NV
      March 14th, 2022

Respectfully submitted,

      */s/Jonathan Corbett*
**Jonathan Corbett, Esq.**
(CA Bar #325608)
*Attorney for Michele Leuthauser*
958 N. Western Ave. #765
Hollywood, CA 90029
Phone:  (310) 684-3870
FAX:    (310) 675-7080
E-mail: jon@corbettrights.com