JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States
and Anita Serrano*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser,<br><br>   Plaintiff,<br><br> v.<br><br>United States of America; and Unknown Transportation Security Administration Officer,<br><br>   Defendants. | Case No. 2:20-cv-00479-JCM-VCF<br><br>**Stipulation to Vacate Plaintiff's Motion to Retax the United States' Bill of Costs [ECF No. 107]** |

   The parties have agreed that all defendants will waive their costs (ECF No. 106) in exchange for agreeing not to appeal the dismissal of the plaintiff's constitutional (*Bivens*) claims alleged against the individually named defendant Anita Serrano. The settlement agreement was executed May 26, 2022.

. . .

. . .

. . .

. . .

. . .

. . .

Accordingly, in the interest of judicial economy, the parties stipulate to vacate the plaintiff's Motion to Retax the United States' Bill of Costs (ECF No. 107) and the defendants' response which is due today, May 26, 2022.

Respectfully submitted this 26th day of May 2022.

_/s/ Jonathan Corbett_____
Jonathan Corbett (*pro hac vice*)
CA Bar #325608
958 N. Western Ave. #765
Hollywood, CA 90029

Kristina S. Holman (local counsel)
Nevada Bar No. 3742
3470 E. Russell Road, Ste 202
Las Vegas, NV 89120
*Attorneys for Plaintiff*

JASON M. FRIERSON
United States Attorney

_/s/ Brianna Smith_____
BRIANNA SMITH
Assistant United States Attorney

*Attorneys for United States of America*

**IT IS SO ORDERED:**

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

DATED:   __May 27, 2022_____