JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00479-JCM-VCF<br><br>**Notice of Appearance** |

　　Please take notice that Assistant United States Attorney Patrick Rose is appearing as counsel for the United States of America and should be notified of all filings in this case.

　　Respectfully submitted this 14th day of July 2023.

　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Lindsay Ager for Patrick A. Rose*
　　　　　　　　　　　　　　　　　　PATRICK A. ROSE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　*Attorneys for the United States*