UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHELE LEUTHAUSER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA and ANITA SERRANO,<br><br>        Defendants - Appellees. | No. 22-15402<br><br>D.C. No. 2:20-cv-00479-JCM-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

The judgment of this Court, entered June 26, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $39.00.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT