JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser, | Case No. 2:20-cv-00479-JCM-VCF |
| Plaintiff(s), | **Defendant's Status and Position Report** |
| v. | |
| United States of America, et.al., | |
| Defendant(s). | |

    Pursuant to the Minute Order in Chambers, ECF No. 113, Defendant United States submits this report to apprise the Court of the status of the case and position of Defendant.

    This Court granted summary judgment to Defendant. *See* ECF No. 98. The summary judgment ruling was based on the jurisdictional grounds of the law enforcement proviso in the Federal Tort Claims Act. *See* ECF No. 98 at 2–3. As a result, the Court did not address other grounds in Defendant's Motion for Summary Judgment, such as the discretionary function exception to the FTCA's waiver of sovereign immunity, the defense of privilege, and several problems with Plaintiff's asserted damages. *See* ECF No. 91 at 20–28. It is Defendant's position and respectful request that the Court consider and rule on these other grounds (at pages 20–28 of Defendant's Motion for Summary Judgment, ECF

No. 91). If a claim were to remain after such ruling, then the parties would proceed with a proposed joint pretrial order, leading to a trial date.

    Respectfully submitted this 22nd day of September 2023.

                            JASON M. FRIERSON
                            United States Attorney

                            */s/ Patrick A. Rose*
                            PATRICK A. ROSE
                            Assistant United States Attorney