**Jonathan Corbett, Esq. (CA Bar No. 325608)**
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone: (310) 684-3870
FAX: (310) 675-7080
E-mail: jon@corbettrights.com
*Attorney for Michele Leuthauser*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser<br>*Plaintiff*<br><br>v.<br><br>United States of America<br>*- and -*<br>Anita Serrano<br>*Defendants* | Case 20-CV-479 (JCM) (VCF)<br><br>**STATUS REPORT** |

Pursuant to the Court's August 25th and September 6th, 2023 Orders[1] (ECF Nos. 113 & 115), Plaintiff submits the following status report.

Defendants have noted that when the Court reviewed its Motion for Summary Judgment, the Court stopped at the sovereign immunity argument, and has requested that the Court now review the remaining arguments.  Status Report, ECF No. 116.  But its remaining arguments are near-frivolous.  Plaintiff has alleged that a TSA screener penetrated her vagina with her finger during a "pat-down" gone wrong.  TSA screeners are obviously not privileged, and do not have "discretion," to conduct body cavity searches, as Defendants' motion has argued.

Plaintiff's position, therefore, is that this case is ready for trial, pending a final pre-trial order and conference.

---

[1] Due to a filing error that briefly went unnoticed, this document was filed after the deadline set by the Court.  The undersigned counsel apologizes to the Court for this tardiness.

- 1 -

Dated: Las Vegas, NV

      September 22nd, 2022

Respectfully submitted,

        */s/Jonathan Corbett*
**Jonathan Corbett, Esq.**
(CA Bar #325608)
*Attorney for Michele Leuthauser*
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone:  (310) 684-3870
FAX:    (310) 675-7080
E-mail: jon@corbettrights.com