SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

CYBILL L. DOTSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Cybill.Dotson@usdoj.gov

*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser,<br><br>   Plaintiff,<br><br> v.<br><br>United States of America,<br><br>   Defendants. | Case No. 2:20-cv-00479-JCM-MDC<br><br>**Amended Stipulation to Extend Time to Submit [Proposed] Joint Pretrial Order** |

   Plaintiff Michele Leuthauser and the United States of America, (the "Parties") stipulate to and request a three-week extension of time to submit the Parties' proposed Joint Pretrial Order, moving the deadline to **September 15, 2025**.

   This extension is made in good faith. The Parties have not yet exchanged an initial draft of their Joint Pretrial Order. In addition, this case has been recently reassigned to another Assistant United States Attorney as the previous Assistant United States Attorney is unavailable to litigate this matter. This extension will allow the Parties the additional time for Defendant's counsel to review the case to prepare an adequate draft Joint Pretrial Order. It will also allow the Parties the additional time needed to agree on issues and documents prior to trial.

*///*

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Joint Pretrial Order | August 25, 2025 | **September 15, 2025** |
| | | |

Accordingly, the Parties respectfully request that the deadline to submit a proposed Joint Pretrial Order be extended to **September 15, 2025**.

Respectfully submitted this 25th day of August 2025.


CORBETT RIGHTS, P.C.

SIGAL CHATTAH
Acting United States Attorney

*/s/Jonathan Corbett*
JONATHAN CORBETT

*/s/Cybill L. Dotson*
CYBILL L. DOTSON
Assistant United States Attorneys

*Attorney for Plaintiff*

*Attorneys for the United States*


**IT IS SO ORDERED:**

_____
**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**


**DATED:  August 27, 2025**

2