SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

CYBILL L. DOTSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Cybill.Dotson@usdoj.gov

*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Michele Leuthauser,<br><br>      Plaintiff,<br><br>v.<br><br>United States of America,<br><br>      Defendants. | Case No. 2:20-cv-00479-JCM-MDC<br><br>**Stipulation to Extend Time to Submit [Proposed] Joint Pretrial Order**<br><br>**(Second Request)** |

Plaintiff Michele Leuthauser and the United States of America, (the "Parties") stipulate to and request a one-week extension of time to submit the Parties' proposed Joint Pretrial Order, moving the deadline to **September 22, 2025**.

This extension is made in good faith. The parties have prepared and reviewed the draft of the Joint Pretrial Order. The Parties need a brief extension of time to discuss proposed revisions and agree on issues and documents prior to trial.

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Joint Pretrial Order | September 15, 2025 | **September 22, 2025** |
| | | |

Accordingly, the Parties respectfully request that the deadline to submit a proposed Joint Pretrial Order be extended to **September 22, 2025**.

Respectfully submitted this 15th day of September, 2025.

| | |
|---|---|
| CORBETT RIGHTS, P.C. | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/Jonathan Corbett*<br>JONATHAN CORBETT<br><br>*Attorney for Plaintiff* | */s/Cybill L. Dotson*<br>CYBILL L. DOTSON<br>Assistant United States Attorneys<br><br>*Attorneys for the United States* |

**ORDER**

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
**UNITED STATES MAGISTRATE JUDGE**

**DATED: September 17, 2025**