TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michele Leuthauser,<br><br>             Plaintiff<br><br>v.<br><br>United States of America,<br><br>             Defendant | Case No. 2:20-cv-00479-CDS-MDC<br><br>**Stipulation and Order to Continue Trial and Extension of Time to Motions in Limine**<br><br>**(First Request)**<br><br>[ECF No. 138] |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Michele Leuthauser, and Defendant United States of America, through counsel of record, stipulate and request that the Court continue the trial currently scheduled to begin March 10, 2026, to the week of May 11, 2026,  or a date thereafter which fits the Court's calendar and extend the deadline to the Motions in limine for 60 days, to April 6, 2026. This request for a continuance is made in good faith and not for any improper delay. This is the first request to continue the trial and to extend Motions in limine deadline.

Undersigned counsel for the United States has only recently been assigned to this case due to previously assigned counsel leaving this office. These circumstances will not give enough time for the parties to prepare for trial in March. Accordingly, the parties respectfully request that the Court continue the trial to the week of May 11, 2026, or

thereafter as well as continuing the deadline for Motions in limine for 60 days, to April 6, 2026.

Respectfully submitted this 27th day of January 2026.

CORBETT RIGHTS, P.C.

/s/  Jonathan Corbett
JONATHAN CORBETT

*Attorney for Plaintiff*

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/  James R. Sweetin
JAMES R. SWEETIN
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**   January 28, 2026

2