TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Michele Leuthauser,<br><br>        Plaintiff<br><br>v.<br><br>United States of America,<br><br>        Defendant | Case No. 2:20-cv-00479-CDS-MDC<br><br>**Stipulation and Order to Continue Trial and Extend Time to Motions in Limine**<br><br>**(Second Request)**<br><br>[ECF No. 142] |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Michele Leuthauser, and Defendant United States of America, through counsel of record, stipulate and request that the Court continue the trial currently scheduled to begin May 18, 2026, to the week of July 20, 2026, or a date thereafter which fits the Court's calendar and extend the deadline to the Motions in limine for 60 days, to June 5, 2026. This request for a continuance is made in good faith and not for any improper delay. This is the second request to continue the trial and to extend Motions in limine deadline.

Federal Agency Department of Homeland Security's funding has expired and appropriations to the Department have lapsed. These circumstances will not give enough time for the parties to prepare for trial in May.

Accordingly, the parties respectfully request that the Court continue the trial to the week of July 20, 2026, or thereafter as well as continuing the deadline for Motions in limine for 60 days, to June 5, 2026.

Respectfully submitted this 27th day of March 2026.

CORBETT RIGHTS, P.C.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Jonathan Corbett*
JONATHAN CORBETT

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

*Attorney for Plaintiff*

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 31, 2026

2