**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Michele Leuthauser, | Case No. 2:20-cv-00479-CDS-MDC |
| Plaintiff | **Order Vacating Trial Dates** |
| v. | |
| United States of America, | |
| Defendant | |

Plaintiff Michele Leuthauser filed a status report stating that the parties have reached a settlement in principle on all claims and anticipate filing a stipulated dismissal within seven days. Status, ECF No. 149. Accordingly, the July 9, 2026 calendar call and July 20, 2026 bench trial are vacated. The parties must file either a stipulation of dismissal or a joint status report addressing settlement by July 15, 2026.

Dated: July 8, 2026

_____
Cristina D. Silva
United States District Judge